IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN CHAMBLEE,

    Plaintiff,

v.   CASE NO. 1:04-cv-00392-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The time for filing objections has passed, and none were filed. The Court agrees with the Magistrate Judge that the Claimant has not shown judicial bias from the Administrative Law Judge's comment that Claimant's counsel should have rejected this case, and the Court agrees that substantial evidence supported the decision that Claimant could perform his past relevant work. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner denying benefits is affirmed, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *22nd* day of September, 2006

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge